EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

TRACY A. HINO       #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2005

at \_\_ o'clock and 40 min \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00316 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 1546(a)] |
| (FNU) HARNOTO, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about July 17, 2005, in the District of Hawaii, (FNU) HARNOTO, did knowingly utter, use, and possess a forged, counterfeited, altered, and falsely made United States visa for entry into the United States, knowing it to be forged, counterfeited, altered, and falsely made.

In violation of Title 18, United States Code, Section 1546(a).

DATED: _____JUL 27 2005_____, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. (FNU) Harnoto
Cr. No. _____
"Indictment"

2